# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00765-CR

**Chelsea Jo Strube, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. B-16-0531-SA, THE HONORABLE MARTIN "BROCK" JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Chelsea Jo Strube has filed with this Court a motion to dismiss her appeal, which is signed by both appellant and her counsel in compliance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 22, 2020

Do Not Publish